OHIO EX REL. IAUS *v.* CARLTON ET AL.

No. 726.   Decided April 20, 1959.

*Irwin Greene* and *Walter L. Greene* for appellant.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for certiorari, certiorari is denied.

MR. JUSTICE STEWART took no part in the consideration or decision of this case.

McCANN *v.* NEW YORK.

No. 636, Misc.   Decided April 20, 1959.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for certiorari, certiorari is denied.